IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KENNETH D. KING,

    Plaintiff,

vs.

    Civil Action No. CV-104-124 (AAA)

KENNAMETAL INC.,

    Defendants.

## ORDER ON DEFENDANT'S MOTION TO RESCHEDULE TRIAL DATE

On May 25, 2005, this Court issued to the parties a Notice of Hearing, indicating that jury selection for the above captioned case was scheduled to take place on July 18, 2005.

On June 3, 2005, Kennametal Inc. filed Defendant's Motion to Reschedule Trial Date citing as support therefore, *inter alia*, that Plaintiff had until June 8, 2005, to respond to Defendant's Motion for Summary Judgment and that Lead Counsel for Defendant had a previously scheduled vacation, including nonrefundable airline tickets. The certificate of service indicated that Defendant mailed a copy of its motion for Plaintiff via United States Mail.

On June 7, 2005, Plaintiff filed with the United States Magistrate Judge an "Extension of Time to respond to all pleadings, affidavits, evidence, and motion for summary judgment," requesting a 60 day extension to respond to Defendant's Motion for Summary Judgment, citing as support thereof his health issues.

Since the *Pro Se* Plaintiff has indicated that he cannot respond to Defendant's

Motion for Summary Judgment before the scheduled trial date, and because Defendant has shown good cause for extending the trial date, the Court will grant Defendant's Motion to Reschedule Trial Date. This Order does not address the issue of the merits of Plaintiff's request for an extension, which is properly before the United States Magistrate Judge.

Defendant's Motion to Reschedule Trial Date is GRANTED, and IT IS HEREBY ORDERED that the above captioned case will be removed from the July 18, 2005, trial calendar, pending the Court's resolution of Defendant's Motion for Summary Judgment.

This 13 day of June, 2005.

_____
HON. ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE