# In the United States District Court
# for the Southern District of Georgia
# Augusta Division

| | | |
|---|---|---|
| KENNETH D. KING, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| KENNAMETAL, INC., | : | |
| Defendant. | : | NO. CV104-124 |

### O R D E R

Responding to Plaintiff's claim of bias and request for recusal, the Court finds that Plaintiff's factual allegations, not under oath, are insufficient to persuade a reasonable observer of an appearance of partiality or bias.

Accordingly, the motion to recuse is hereby **DENIED**.

**SO ORDERED**, this _6th_ day of September, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

K. King
W. Martin
J. Thompson

CASE NO: CV104-124
DATE SERVED: 9/6/05
SERVED BY: slt

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [ ] Copy given to Magistrate