United States District Court
for the Southern District of Georgia
Augusta Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 SEP 22 A 11:19
CLERK

KENNETH DEAN KING,      :      CIVIL ACTION

    Plaintiff,      :

    v.      :

KENNAMETAL, IP.G.,      :

    Defendant.      :      NO. CV104-124

## O R D E R

Plaintiff has filed objections to the Court's September 6, 2005, Order denying his request for recusal. The Court finds that Plaintiff's objections, as the factual allegations continued in the underlying recusal motion, are not filed under oath, and insufficient to persuade a reasonable observer of an appearance of partiality or bias.

Accordingly, the objections are overruled.

**SO ORDERED** this ___22___ day of September, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)