# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 22  P 3: 16

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| KENNETH DEAN KING | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CV 104-124 |
| | ) | |
| KENNAMETAL, IP. G. | ) | |
| | ) | |
| Defendant | ) | |

## O R D E R

The parties are directed to file a consolidated proposed pretrial order within twenty

(20) days from the date of this order.

SO ORDERED this 22 day of _Nov,_ _____, 2005.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA